IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Flowers, Cynthia M

Printed: 9/3/08

Case Number: 05 B 47256
Judge: Squires, John H
Filed: 10/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 25, 2008
Confirmed: December 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,711.98 |  |
| Secured: |  | 12,722.19 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,410.00 |
| Trustee Fee: |  | 857.93 |
| Other Funds: |  | 721.86 |
| Totals: | 16,711.98 | 16,711.98 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | American General Finance | Secured | 338.63 | 191.11 |
| 3. | Citizens Financial Services | Secured | 394.86 | 240.10 |
| 4. | Nuvell Financial Services | Secured | 19,964.78 | 12,290.98 |
| 5. | Citizens Financial Services | Unsecured | 126.49 | 0.00 |
| 6. | Illinois Lending Corporation | Unsecured | 95.27 | 0.00 |
| 7. | American General Finance | Unsecured | 152.21 | 0.00 |
| 8. | Corporate America Family CU | Unsecured | 150.48 | 0.00 |
| 9. | Ginny's | Unsecured | 36.29 | 0.00 |
| 10. | Nuvell Financial Services | Unsecured | 344.40 | 0.00 |
| 11. | PDL Financial Services | Unsecured | 83.11 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 20.00 | 0.00 |
| 13. | Palisades Collection LLC | Unsecured | 163.30 | 0.00 |
| 14. | Palisades Collection LLC | Unsecured | 18.45 | 0.00 |
| 15. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 16. | Yellow Key Cash Advance | Unsecured |  | No Claim Filed |
| 17. | Bank One | Unsecured |  | No Claim Filed |
| 18. | PDL Financial Services | Unsecured |  | No Claim Filed |
| | | | $ 24,298.27 | $ 15,132.19 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 206.91 |
| 5% | 82.22 |
| 4.8% | 146.76 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Flowers, Cynthia M

Printed:  9/3/08

Case Number:  05 B 47256
Judge:  Squires, John H
Filed:  10/11/05

|       |        |
|-------|--------|
| 5.4%  | 329.63 |
| 6.5%  | 92.41  |
|       | _____ |
|       | $ 857.93 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____